AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

RONALD M. COIA, et al.

V.

HOUSING SYSTEMS, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 07 029

TO: (Name and address of Defendant)

HOUSING SYSTEMS, INC.
Registered Agent: Girard R. Visconti, Esq.
55 Dorrance Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert P. Brooks (#3721) and Jaime J. LaPorte (#6668)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 1/24/07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 25 January, 2007 |
|---|---|
| NAME OF SERVER *(PRINT)* George R. Clark | TITLE Constable #6025 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): Served on registered agent for service for Housing Systems Inc. listed below

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 45.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 25 January, 2007 (Date) — George R Clark, Constable #6025 (Signature of Server)

84 Weaver Rd., Johnston, R.I. 02919
Address of Server

X Dante J. Giammarco Esq.
DANTE J. GIAMMARCO
VISCONTI + BOREN LTD

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.