UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD M. COIA, et al. | : | |
| | : | |
| v. | : | C.A. No. 07-029T |
| | : | |
| HOUSING SYSTEMS, INC. | : | |

**STIPULATION**

By agreement of the parties, Defendant Housing Systems, Inc. shall have up to and including February 27, 2007, within which to answer or otherwise respond to Plaintiffs' Complaint.

RONALD M. COIA, et al.
By their Attorneys,

/s/ Robert P. Brooks
ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604
rbrooks@apslaw.com
jlaporte@apslaw.com
Dated: February 14, 2007

HOUSING SYSTEMS, INC.
By its Attorneys,

/s/ Girard R. Visconti
GIRARD R. VISCONTI (#0566)
VISCONTI & BOREN, LTD.
55 Dorrance Street
Providence, RI 02903
Tel: (401) 331-3800
Fax: (401) 421-9302
grv@viscontilaw.com
Dated: February 14, 2007

*408388_1.doc*