UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD M. COIA , et al. | : | |
| | : | |
| v. | : | C.A. No. 07-029T |
| | : | |
| HOUSING SYSTEMS, INC. | : | |

**STIPULATED JUDGMENT**

By agreement of the parties, judgment shall enter in favor of Plaintiffs in the amount of Twenty Thousand Two Hundred Sixty-three ($20,263.00) Dollars. It is further agreed that the judgment amount shall be paid as follows: Five Thousand Two Hundred Sixty-Three ($5,263.00) Dollars on or before March 9, 2007; Five Thousand ($5,000.00) Dollars on or before April 1, 2007; Five Thousand ($5,000.00) Dollars on or before May 1, 2007; and Five Thousand ($5,000.00) Dollars on or before June 1, 2007.

RONALD M. COIA, et al.
By their Attorneys,

/s/ Robert P. Brooks_________________
ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604
rbrooks@apslaw.com
jlaporte@apslaw.com
Dated: March 13, 2007

HOUSING SYSTEMS, INC.
By its Attorneys,

/s/ Girard R. Visconti _________________
GIRARD R. VISCONTI (#0566)
VISCONTI & BOREN, LTD.
55 Dorrance Street
Providence, RI 02903
Tel: (401) 331-3800
Fax: (401) 421-9302
grv@viscontilaw.com
Dated: March 13, 2007

*409342_1.doc*